# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2220 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 181 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 25705 |
| STEPHEN P. ELLWOOD, | : | |
| Respondent | : | (Schuylkill County) |

## **O R D E R**

**PER CURIAM:**

AND NOW, this 10th day of November, 2015, upon consideration of the Verified Statement of Resignation, Stephen P. Ellwood is disbarred on consent from the Bar of the Commonwealth of Pennsylvania in accordance with Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).